JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GONZALES & GONZALES BONDS AND INSURANCE AGENCY, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ACTION IMMIGRATION BONDS AND INSURANCE SERVICES, INC., et al.,<br><br>            Defendants. | Case No. CV 13-6997 PA (MRWx)<br><br>Honorable Percy Anderson<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

1. PURSUANT TO STIPULATION, IT IS ORDERED that all claims of Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. against Defendants Action Immigration Bonds and Insurance Services, Inc., Action International Insurance, Inc. and Bankers Insurance Company are hereby dismissed without prejudice.  Plaintiff Gonzales & Gonzales Bonds and Insurance Agency, Inc. and Defendants Action Immigration Bonds and Insurance Services, Inc., Action International Insurance, Inc. and Bankers Insurance Company shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 26, 2014   _____
                                                Hon. Percy Anderson
                                                United States District Judge